IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO.** 1:22-CV-10248-JGD

MICHAEL PAIVA

     Plaintiff

Vs.           **JOINT STATUS REPORT**

BOSTON COLLEGE and DOES 1-10
INCLUSIVE

     Defendant

NOW COME the plaintiff, Michael Paiva, and the defendant, Boston College, and hereby report that the within case has been settled by the parties. The parties jointly request that a 60-Day Order be entered by the Court to allow the parties to finalize and execute a Release and file a Stipulation of Dismissal.

Respectfully Submitted,

| Plaintiff, Michael Paiva | Defendant, Boston College |
|---|---|
| By His Attorney, | By Its Attorney, |
| */s/ Kevin D. Heitke* | */s/ Bruce H. Norwell* |
| Kevin D. Heitke, Esq. BBO# _____ | Bruce H. Norwell, Esq. BBO#628686 |
| Heitke Cook Associates, LLC | Biedermann Hoenig Semprevivo, P.C. |
| 365 Eddy Street | 969 Main Street, Suite 201 |
| Providence, RI 02903 | Walpole, MA 02081 |
| 401-454-4100 | 508-660-9700 |
| kdh@hcalawri.com | bruce.norwell@lawbhs.com |

Date: April 13, 2022

1

## **CERTIFICATE OF SERVICE**

I, Bruce H, Norwell, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on April 13, 2022.

/s/ Bruce H. Norwell

_____

Bruce H. Norwell, Esq.