UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL PAIVA, )<br>)<br>  Plaintiff, )<br>v. )<br>  )<br>BOSTON COLLEGE, )<br>  )<br>  Defendant. ) | CIVIL ACTION<br>NO. 22-10248-JGD |

## SETTLEMENT ORDER OF DISMISSAL

DEIN, U.S.M.J.

The Court having been advised on April 13, 2022, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without prejudice, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

BY THE COURT,

/ s / Katherine Thomson
By:  Deputy Clerk

DATED:  April 20, 2022